ORIGINAL

FILED
U.S. DISTRICT COURT

05 JUN -2 PM 2: 11

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALAN DORSEY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO. 5:05-CV-177 |
| DALLAS & MAVIS SPECIALIZED CARRIER CO., LLC, LIBERTY MUTUAL FIRE INSURANCE COMPANY and DAVID LEWIS JONES | : |
| Defendants. | : |

## COMPLAINT FOR DAMAGES

1.

The plaintiff Alan Dorsey is a citizen and resident of the State of Georgia residing at 514 Old Macon Road, Byron, Georgia 31008.

2.

Defendant Dallas & Mavis Specialized Carrier Co., LLC (hereinafter "Dallas & Mavis) is a commercial motor carrier for hire with its principal place of business located at 625 55th Street, Kenosha, Wisconsin 52140. Upon information and belief, said defendant is incorporated in the State of Kentucky and is a citizen and resident

1

of that state. Nonetheless, even though a foreign corporation, said defendant is authorized to conduct business in the State of Georgia and has appointed as its registered agent for service of process Hugh Lawson, Jr., 912 Main Street, Perry, Georgia 31069. When duly served with Summons and Complaint in this matter, said defendant will be subject to the jurisdiction of this Court.

3.

Defendant Liberty Mutual Insurance Company is a citizen and a resident of the State of Massachusetts. It has appointed as its registered agent for service of process Corporation Process Company, 180 Cherokee St., N.E., Marietta, Ga. 30060. When duly served with a copy of the Summons and Complaint in this matter, said defendant will be subject to the jurisdiction of this Court.

4.

Defendant David Lewis Jones is a citizen and resident of the State of Ohio residing at 406 Washington, PB 660, Stryker, Ohio 43557. When duly served with a copy of Summons and Complaint in this matter, said defendant will be subject to the jurisdiction of this Court.

5.

This Court has jurisdiction of this cause of action by reason of the fact that this

cause is an action between citizens of different states, and the amount in controversy exclusive of interest and cost exceeds $75,000.00. Jurisdiction of this Court is predicated on diversity of citizenship and the amount in controversy pursuant to the provisions of Title 28 U.S.C. § 1332.

6.

On March 22, 2005, while a pedestrian, the plaintiff was struck by a 1997 Peterbilt tractor-trailer being operated by defendant David Lewis Jones, who at all times pertinent to the events alleged herein was acting within the scope of his employment as an agent and employee of defendant Dallas & Mavis.

7.

At the time and place in question the plaintiff was a pedestrian positioned off of the emergency shoulder of I-75 South in Bibb County, Georgia when he was struck by a 1997 Peterbilt tractor-trailer owned by defendant Dallas & Mavis while being operated by defendant David Lewis Jones. Just prior to the plaintiff being struck, defendant David Lewis Jones was operating the tractor-trailer unit too fast for conditions, failed to keep a proper lookout for traffic ahead of him, failed to maintain his vehicle under proper control and failed to maintain a single lane of travel such that due to his multiple acts of negligence he lost control of his vehicle, left the paved

portion of road, ran off the road on I-75 south and while traveling off the road struck and ran over the body of the plaintiff.

8.

As a result of being struck by the tractor-trailer unit being driven by defendant David Lewis Jones, the plaintiff was subjected to trauma and sustained serious and permanent bodily injuries from which he suffered at the time, now suffers and will continue to suffer pain, both now and in the future as his injuries are permanent.

9.

As a result of the injuries sustained by plaintiff Alan Dorsey, he has incurred substantial physician, hospital, medical and related expenses by reason of his physical injuries.

10.

By reason of his injuries, the plaintiff has been permanently disabled and has and will continue to sustain a loss of income and other consequential damages.

11.

The plaintiff brings this action to recover for his pain and suffering past, present and future, both mental and physical, lost wages, sums incurred for hospital, physicians, medication and related expenses, a diminishment in his capacity to earn

and labor and for his permanent injuries.

12.

At the time of the events alleged herein, defendant Liberty Mutual Fire Insurance Company insured defendant Dallas & Mavis. The plaintiff brings this cause of action directly against Liberty Mutual Fire Insurance Company under the provisions of O.C.G.A. § 46-7-12 as Liberty Mutual Fire Insurance Company (hereinafter "Liberty Mutual") was the insurance company of record for this commercial carrier for hire with both the State of Georgia and with The Federal Motor Carrier Safety Administration, Department of Transportation.

13.

On the date of the subject incident, upon information and belief, Liberty Mutual Fire Insurance Company policy number A12-741-435290-01 was in full force and effect and provided coverage for the subject incident. Upon information and belief, Liberty Mutual had filed a form BMC-91X with the federal government and Certificate E with the State of Georgia relative to its surety obligations to the public under this policy.

14.

At all times pertinent to the events alleged herein, defendant Dallas & Mavis

was and is vicariously responsible for the actions of its agent and employee David Lewis Jones who negligently failed to keep his vehicle under proper control, was traveling too fast for the conditions which existed a the time and place in question, failed to keep a proper lookout for traffic ahead of him, failed to keep his vehicle within its proper lane of travel and negligently left the paved portion of the road thereby striking the person and body of the plaintiff.

15.

All of plaintiff's damages were proximately caused by the negligence of Dallas & Mavis and its employee/driver David Lewis Jones for which Dallas & Mavis is vicariously responsible under the Doctrine of Respondeat Superior. Defendant Liberty Mutual is responsible as the insurance company for Dallas & Mavis given that plaintiff, a member of the public, sustained an actionable injury and is seeking compensation for the damages and injuries sustained in the subject incident.

WHEREFORE, plaintiff prays for:

a. A jury trial as to all issues so triable;

b. That he recover all of his compensatory damages from the defendants sufficient to compensate him for all of his injuries and damages as set forth herein in an amount not less than three million dollars, to be

adjusted as determined by his future prognosis;

c. That he recover all costs of this action; and

d. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

FINCH McCRANIE, LLP

_____
Richard W. Hendrix
Georgia Bar No. 346750
Counsel for Plaintiff

225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303
404/658-9070
800/228-9159
rhendrix@finchmccranie.com

_____
Ronald C. Thomason
Georgia Bar No. 706900
Counsel for Plaintiff

Arnall Golden Gregory LLP
201 Second Street
Suite 1000
Macon, Ga. 31201-8273
478/745-3344
Ronald.Thomason@agg.com

7

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Alan Dorsey

## DEFENDANTS
Dallas & Mavis Specialized Carrier Co., LLC
Liberty Mutual Fire Insurance Company
David Lewis Jones

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Houston Co., GA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Kenosha, Wisconsin
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Richard W. Hendrix, 225 Peachtree St., NE
1700 South Tower, Atlanta, GA 30303

ATTORNEYS (IF KNOWN)
Unknown

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
This is an action for compensatory damages arrising from a motor vehicle accident which occurred in Bibb County, Georgia. Jurisdiction is proper pursuant to 28 USC Section 13-32

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ unspecified compensatory damages   CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE (WDO)
DOCKET NUMBER 5:05-CV-177

DATE 6-2-05
SIGNATURE OF ATTORNEY OF RECORD

Rec. # 519219

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___